IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fowler Jr, James | Case Number: 05 B 17307 |
|---|---|---|
| | Fowler, Irene G | Judge: Wedoff, Eugene R |
| | Printed: 4/29/08 | Filed: 5/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: April 3, 2008
Confirmed: June 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 50,917.55 | |
| Secured: | | 5,068.17 |
| Unsecured: | | 31,135.71 |
| Priority: | | 900.06 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 2,156.06 |
| Other Funds: | | 9,457.55 |
| Totals: | 50,917.55 | 50,917.55 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,200.00 | 2,200.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 4,097.67 | 4,097.67 |
| 4. | Washington Mutual | Secured | 970.50 | 970.50 |
| 5. | Internal Revenue Service | Priority | 900.06 | 900.06 |
| 6. | ECast Settlement Corp | Unsecured | 156.58 | 233.88 |
| 7. | ECast Settlement Corp | Unsecured | 1,757.61 | 2,625.34 |
| 8. | ECast Settlement Corp | Unsecured | 83.93 | 125.35 |
| 9. | Kohl's/Kohl's Dept Stores | Unsecured | 55.00 | 82.15 |
| 10. | Discover Financial Services | Unsecured | 2,619.20 | 3,912.29 |
| 11. | ECast Settlement Corp | Unsecured | 333.41 | 498.01 |
| 12. | ECast Settlement Corp | Unsecured | 1,906.40 | 2,847.59 |
| 13. | ECast Settlement Corp | Unsecured | 3,818.19 | 5,703.24 |
| 14. | ECast Settlement Corp | Unsecured | 2,409.29 | 3,598.76 |
| 15. | Resurgent Capital Services | Unsecured | 687.81 | 1,027.34 |
| 16. | Resurgent Capital Services | Unsecured | 501.55 | 749.14 |
| 17. | RoundUp Funding LLC | Unsecured | 3,257.89 | 4,866.30 |
| 18. | Internal Revenue Service | Unsecured | 96.49 | 144.12 |
| 19. | ECast Settlement Corp | Unsecured | 696.82 | 1,040.84 |
| 20. | ECast Settlement Corp | Unsecured | 236.58 | 353.36 |
| 21. | Resurgent Capital Services | Unsecured | 617.61 | 922.52 |
| 22. | American Express Centurion | Unsecured | 1,610.42 | 2,405.48 |
| 23. | South Suburban Heart Group | Unsecured | | No Claim Filed |
| 24. | Wakefield & Associates | Unsecured | | No Claim Filed |
| 25. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Fowler Jr, James | Case Number: 05 B 17307 |
| | Fowler, Irene G | Judge: Wedoff, Eugene R |
| | Printed: 4/29/08 | Filed: 5/2/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Neurology Associates LTD | Unsecured | | No Claim Filed |
| 27. | CBT Card Service | Unsecured | | No Claim Filed |
| 28. | Fashion Bug | Unsecured | | No Claim Filed |
| 29. | A Bhasin M D | Unsecured | | No Claim Filed |
| 30. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 31. | Gastro Association Of Olympia Fields | Unsecured | | No Claim Filed |
| 32. | Arnold S Morfor & Assoc | Unsecured | | No Claim Filed |
| 33. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 34. | US Bank | Unsecured | | No Claim Filed |
| 35. | BP/Citi | Unsecured | | No Claim Filed |

$ 29,013.01       $ 39,303.94

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 82.92 |
| 5.5% | 304.04 |
| 5% | 67.44 |
| 4.8% | 132.73 |
| 5.4% | 1,568.93 |

$ 2,156.06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____